STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Herbert Murray

FILED

OCT 2 9 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | No. 13-71163 JCS |
| Plaintiff, | **Joint Stipulation Continuing Detention and Preliminary Hearing Date** |
| v. | |
| **Herbert Murray,** | |
| Defendant. | |

Defendant Herbert Murray is currently set for preliminary and detention hearing. No sureties have been found and negotiations are continuing for a resolution to his case prior to indictment. Accordingly, counsel requests a continuance of the detention hearing and preliminary hearing from October 29, 2013, to November 12, 2013, to provide for an ability for counsel to meet and confer.

The parties also agree that the time between October 29, 2013, to November 12, 2013, (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv) and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

1  SO STIPULATED.

2

3  Dated: October 28, 2013                          /s/ *Kathryn Haun*
                                                    KATHRYN HAUN
4                                                   Assistant United States Attorney

5

6  Dated: October 28, 2013                          /s/ *Candis Mitchell*
                                                    CANDIS MITCHELL
7                                                   Attorney for Defendant Herbert Murray

8

9

10   So ordered
11   10/29/13
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28